**No. 65932.**—Robert E. Landweer & Co., Inc., et al. *v.* United States, protests 58/406, etc. (Seattle).

Opinion by Ford, J. In accordance with stipulation of counsel that the items marked "A" consist of nylon gill nets similar in all material respects to those the subject of Abstract 63947, the merchandise was held dutiable at 25 or 22½ percent ad valorem, depending upon the date of entry, under the provision in paragraph 1006, as modified, for gill nets, wholly or in chief value of flax or ramie, by similitude. The items marked "B," stipulated to consist of fish netting similar to that involved in said Abstract 63947, were held dutiable at 25 percent under the provision in paragraph 923, as modified, for cotton fishing nets, by similitude.

**No. 65933.**—J. W. Hampton, Jr., & Co. of Phila. *v.* United States, protest 320834–K (Philadelphia).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, except that they are in chief value of other base metal, the claim of the plaintiff was sustained.

**No. 65934.**—Ensenat & Company, Inc. *v.* United States, protest 217563–K/14258 (New Orleans).

Opinion by Ford, J. In accordance with oral stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.